# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHANSE EVERETT MORTENSON

NO. 2022 KW 1215

**FEBRUARY 1, 2023**

In Re:    Chanse Everett Mortenson, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2488-M-2020.

**BEFORE:    GUIDRY,C.J., WOLFE AND MILLER, JJ.**

**WRIT DENIED.**

JMG
EW
SMM

COURT OF APPEAL, FIRST CIRCUIT

_a.s.O_

DEPUTY CLERK OF COURT
FOR THE COURT